# UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT CALIFORNIA NORTHERN BANKRUPTCY - OAKLAND

In re <u>Michael Rodney Galusha; ;Yolanda Ann Galusha</u>,
Debtor

Case No. 10-41400

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses and changes that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus, Inc.

**Court claim no.** (if known): 0

**Last four digits** of any number you use to identify the debtor's account:   XXXX4110

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

[x] No
[ ] Yes. Date of late notice: _____
             mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates Incurred | Amount |
|---|---|---|
| 1. Late charges | 01/29/2013, 02/19/2013, 03/18/2013, 04/16/2013 | (1) $322.32 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ |
| 3. Attorney fees | | (3) $ |
| 4. Filing fees and court courts | | (4) $ |
| 5. Bankruptcy/Proof of claim fees | | (5) $ |
| 6. Appraisal/ Broker's price opinion fees | | (6) $ |
| 7. Property inspection fees | 01/10/2013, 02/12/2013, 03/21/2013, 04/10/2013 | (7) $60.00 |
| 8. Tax advances (non-escrow) | | (8) $ |
| 9. Insurance advances (non-escrow) | | (9) $ |
| 10. Property preservation expenses. Specify: | | (10) $ |
| 11. Other. Specify: | | (11) $ |
| 12. Other. Specify: | | (12) $ |
| 13. Other. Specify: | | (13) $ |
| 14. Other. Specify: | | (14) $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. 1322 (b) (5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

[ ] I am the creditor.
[x] I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X _____  Date July 16, 2013
  Signature

Print: _LISA_ _____ _SINGER_____  Title Authorized Agent
      First Name   Middle Name   Last Name

Company   Rosicki, Rosicki & Associates, P.C.

Address   51 E. Bethpage Road
          Number          Street

          Plainview              NY        11803
          City                   State     ZIP Code

Contact phone  (516) 741-2585                Email  agoldberg@rosicki.com

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Postpetition Mortgage Fees, Expenses, and Charges has been served by first class mail on:

Patrick L. Forte, Esq.
1 Kaiser Plaza #480
Oakland,, CA 94612-3610

Martha G. Bronitsky, Esq.
P.O. Box 9077
Pleasanton, CA 94566

Michael Rodney Galusha
3212 Ashley Way
Antioch, CA 94509

Yolanda Ann Galusha
3212 Ashley Way
Antioch, CA 94509

August 1 2013

_____
Joe Messina